## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC<br><br>       Plaintiffs,<br><br>  v.<br><br>VIANT TECHNOLOGY INC. and VIANT TECHNOLOGY LLC,<br><br>       Defendant. | C.A. No. 23-174-MN |

## DEFENDANTS' MOTION TO DISMISS
## COUNTS I AND III OF PLAINTIFF'S COMPLAINT

Defendants Viant Technology Inc. and Viant Technology LLC (collectively, "Defendants") move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts I and III of the Complaint filed by Plaintiffs AlmondNet, Inc. and Intent IQ, LLC. Those counts assert that Defendants infringe claim 1 of U.S. Patent No. 7,979,307 ("the '307 patent") and claim 1 of U.S. Patent No. 8,775,249 ("the '249 patent"), which are both ineligible for patent protection under 35 U.S.C. § 101. The grounds for this motion are set forth in the Opening Brief in Support of Defendants' Motion to Dismiss, submitted on May 24, 2023, by Freewheel Media Inc. ("Freewheel") and Beeswax.IO Corp. ("Beeswax") in *AlmondNet, Inc. v. Freewheel Media, Inc.*, C.A. No. 23-220-MN (the "Motion"), which Defendants adopt in this proceeding.

Dated:  May 24, 2023

FISH & RICHARDSON P.C.

By: /s/ *Grayson P. Sundermeir*
Susan E. Morrison (#4690)
Grayson P. Sundermeir (#6517)
222 Delaware Ave, 17th Floor
Wilmington, DE  19801
302-652-5070
morrison@fr.com
sundermeir@fr.com

Aamir A. Kazi
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 724-2811
kazi@fr.com

*Attorneys for Defendants*
*Viant Technology Inc. and Viant Technology LLC*