## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALMONDNET, INC. and INTENT IQ, LLC,

        Plaintiffs,

    v.

VIANT TECHNOLOGY LLC,

        Defendant.

C.A. No. 23-00174 (MN)

JURY TRIAL DEMANDED

## VIANT TECHNOLOGY LLC'S MOTION TO STAY
## PENDING *INTER PARTES* REVIEW

Viant Technology LLC respectfully moves this Court to stay this proceeding pending *inter partes* review of the asserted patents, U.S. Patent Nos. 7,979,307 ("the '307 patent), 8,775,249 ("the '249 Patent"), 11,564,015 ("the '015 Patent") and 7,861,260 ("the '260 Patent"). This case is at an early stage, and a stay will simplify the issues for trial and promote judicial economy. In addition, Plaintiffs will not be unduly prejudiced by a stay. For the reasons set forth in Viant's Opening Brief filed contemporaneously herewith, Viant respectfully requests a stay of this case pending final resolution, including any appeals, of Freewheel's and Viant's IPRs.

1

Dated:  November 21, 2024

**FISH & RICHARDSON P.C.**

By:  */s/ Susan E. Morrison*

Susan E. Morrison (No. 4690)
Grayson P. Sundermeir (No. 6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
(302) 652-5070
morrison@fr.com
sundermeir@fr.com

Aamir A. Kazi
(GA Bar No. 104235)
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA  30309
(404) 892-5005
kazi@fr.com

*Attorneys for Defendant Viant Technology LLC*